

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

THE CITY OF NEW YORK

LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**Scali Riggs**
phone: (212) 356-2197
email: sriggs@law.nyc.gov

June 21, 2022

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>Ruradan Corp. v. City of New York et al.</u>, 22-CV-3074 (LJL)

Your Honor:

      I am the Assistant Corporation Counsel assigned to represent defendant City of New York in the above-referenced action. I write pursuant to Your Honor's June 14, 2022 Order to inform the Court that defendant City of New York intends to file a motion to dismiss the Complaint.

      Respectfully submitted,

      /S
      Scali Riggs
      Assistant Corporation Counsel

**cc:** Counsel of Record (via ECF)