```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
RURADAN CORPORATION,                                                 :
                                                                     :
                          Plaintiff,                                 :
                                                                     :    22-cv-03074 (LJL)
               -v-                                                   :
                                                                     :    ORDER
CITY OF NEW YORK et al.,                                             :
                                                                     :
                          Defendants.                                :
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

   Defendants have moved to compel discovery. Dkt No. 73. The Court will hold a telephonic conference to address the motion as well as to address Plaintiff's complaints about the production of documents on December 14, 2022 at 10:00 am. The parties are directed to meet and confer with respect to each party's complaints about the other party's production of documents and to submit a joint letter by no later than December 12, 2022 listing—without argument—the specific document requests, if any, that remain for the Court to address. Counsel for Defendants should be prepared to address whether he has provided written confirmation of his consent to service by email and, if not, why not. Plaintiff is advised that Local Rule 26.3(c)(7) provides a definition of the word "concerning" and does not contemplate that the requesting party be further required to specify the documents it is requesting.

   For the December 14 telephonic conference, the parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

   SO ORDERED.

Dated: December 2, 2022
       New York, New York                         _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge