UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

RURADAN CORPORATION,

                    Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                    Defendants.

----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:**_ 1/22/2024_

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**22-CV-3074 (LJL)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

       The settlement conference previously scheduled for **Wednesday, January 24, 2024 at 10:00 a.m.** is **adjourned to Wednesday, February 7, 2024 at 10:00 a.m**  Pre-conference submissions, if not already submitted, must be received by the Court no later than **January 31, 2024.**

       **The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 144.**

       **SO ORDERED.**

Dated: January 22, 2024
      New York, New York

_Katharine H. Parker_____
KATHARINE H. PARKER
United States Magistrate Judge