```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
RURADAN CORPORATION,                                             :
                                                                 :
                         Plaintiff,                              :
                                                                 :      22-cv-3074 (LJL)
            -v-                                                  :
                                                                 :          ORDER
CITY OF NEW YORK ET AL.,                                         :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The final pretrial conference in this case is scheduled for Tuesday, February 6. At the final pretrial conference, the parties should be prepared to address the argument by the City that Plaintiff lacks Article III standing to bring a claim against the City and whether, in the absence of standing with respect to the federal claims, the Court can and should exercise jurisdiction with respect to the state-law claim against the private parties.

SO ORDERED.

Dated: January 30, 2024
       New York, New York                          _____
                                                         LEWIS J. LIMAN
                                                    United States District Judge