```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                        :
RURADAN CORPORATION,                                    :
                                                        :
                        Plaintiff,                      :
                                                        :          22-cv-3074 (LJL)
        -v-                                             :
                                                        :               ORDER
CITY OF NEW YORK ET AL.,                                :
                                                        :
                        Defendants.                     :
                                                        :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2024

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter on February 6, 2024 regarding the City of New York's motion for summary judgment, Dkt. No. 124. Parties are directed to submit supplemental briefing by February 14, 2024 on the following subjects: (i) whether Plaintiff's claim against the City of New York for monetary damages was waived; (ii) whether Plaintiff has standing to bring a claim against the City of New York for monetary damages; and (iii) whether suits for violations of the Contracts Clause may be brought under section 1983.

SO ORDERED.

Dated: February 7, 2024
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                             United States District Judge