| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------X<br>RURADAN CORPORATION,<br><br>                                          Plaintiff,<br><br>             -against-<br><br>CITY OF NEW YORK, JIN CHOI, MATTHEW AHN,<br>RAYMOND KIM, L&K 48 VENTURE, INC., and<br>JLEE 19 CORP.,<br><br>                                          Defendants.<br>-----------------------------------------------------------------X | Case No. 22-cv-03074-LJL<br><br>**JUDGMENT** |

Upon the Opinion and Order dated June 6, 2024, finding the Defendants liable for breach of contract and upon the Memorandum and Order dated July 29, 2024, awarding attorneys' fees and costs in favor of Plaintiff,

NOW, on motion of Vlock & Associates, P.C., 630 Third Avenue, 18th Floor, New York, New York 10017, attorneys for Plaintiff, it is hereby

ORDERED, ADJUDGED and DECREED, that Plaintiff, RURADAN CORPORATION, 1100 Madison Avenue, Suite 2L, New York, New York 10028, recover of Defendants JIN CHOI, 19 Princeton Drive, Dix Hills, New York 11746, MATTHEW AHN, 154-16 33rd Avenue, Flushing, New York 11354, RAYMOND KIM, 305A Roff Avenue, Palisades Park, New Jersey 07650, JLEE 19 CORP., 6 East 48th Street, New York, New York 10017, and L&K 48 VENTURE, INC., 6 East 48th Street, New York, New York 10017, jointly and severally, the sum of $1,684,245.02, together with reasonable attorneys' fees in the sum of $102,847.50, together with costs and disbursements in the sum of $6,365.70, together with statutory pre-judgment interest

from April 13, 2022 through the date of entry of Judgment herein in the sum of $400,209.10, for a total sum of $2,193,667.32, and that Plaintiff have execution therefor.

Dated:    New York, New York
          October _____, 2024

                                                                                                                   _____
                                                                                               UNITED STATES DISTRICT JUDGE