UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
RURADAN CORPORATION,

                                  Plaintiff,

                -against-

CITY OF NEW YORK, JIN CHOI, MATTHEW AHN, RAYMOND KIM, L&K 48 VENTURE, INC., and JLEE 19 CORP.,

                                  Defendants.  
------------------------------------------------------------X

Case No. 22-cv-03074(LJL)

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on the 7th day of October, 2024 in favor of Plaintiff RURADAN CORPORATION and against Defendants JIN CHOI, 19 Princeton Drive, Dix Hills, New York 11746, MATTHEW AHN, 154-16 33rd Avenue, Flushing, New York 11354, RAYMOND KIM, 305A Roff Avenue, Palisades Park, New Jersey 07650, JLEE 19 CORP., 6 East 48th Street, New York, New York 10017, and L&K 48 VENTURE, INC., 6 East 48th Street, New York, New York 10017, jointly and severally, the sum of $1,684,245.02, together with reasonable attorneys' fees in the sum of $102,847.50, together with costs and disbursements in the sum of $6,365.70, together with statutory pre-judgment interest from April 13, 2022 through the date of entry of Judgment herein in the sum of $400,209.10, for a total sum of $2,193,667.32, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       January 6, 2026

*[signature]*

VLOCK & ASSOCIATES, P.C.
Attorneys for Plaintiff
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 557-0020
By: Stephen Vlock, Esq.
svlock@vlocklaw.com

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

On the 6th day of January in the year 2026, before me, the undersigned, personally STEPHEN VLOCK, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*[signature]*

STEVEN GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02GI6099045
Qualified in New York County
Commission Expires Sept. 22, 2027